

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States Of America | Case No.: 19-9416 MJ |
|---|---|
| v. | **CRIMINAL COMPLAINT** |
| Paul Chappell | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date of October 4, 2019 in the District of Arizona, the defendant violated, Title 18 U.S.C. §875(c), an offense described as follows: Interstate Communications/Threats.

On or about October 4, 2019, in the District of Arizona, PAUL CHAPPPELL, knowingly transmitted in interstate commerce, with intent to threaten, a communication, that is, a message left on the Washington District Office voicemail system of Congresswoman R.T., containing a threat to injure the person of another, to wit: "Hey R (redacted). Uhm.  Sorry you haven't bought any t-shirts yet. But uh listen. You're a deranged anti American piece of garbage. You know.  Shut up fuck up you ugly cunt. I am with the bandwagon though that says you, AOC, your little squad of shitheads that hate this country. Get the fuck out of here. We'll just blow your goddamn fuckin worthless Arab brains out of your stupid ugly skull. You and Allah been out in the barn fuckin pigs lately. You fucking piece of shit. Shoot you dead myself you fuckin cunt. You're worthless in this country. Worthless. I hate you. Most Americans hate the fuck out of you. Run your ass off bitch."

I further state that I am a Special Agent from the United States Capitol Police and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

AUTHORIZED BY: Kristen J. Brook, AUSA    /KB/

SA, Jeffry Hardy, United States Capitol Police
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence

Date:   October 23, 2019                            at    Phoenix, Arizona
                                                          City and State

HONORABLE Eileen S. Willett
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, Jeffry Hardy, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Capitol Police (USCP), where I have served since May 2008. I am currently assigned to the Investigations Division, Threat Assessment Section. My duties and responsibilities, among other things, include investigating threats made to Federal Officials. I have attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received training and gained experience in search warrant and arrest warrant applications. Through my experience and training, I know that it is a felony offense for any person to transmit in interstate or foreign commerce any communication containing any threat to injure the person of another, according to Title 18, United States Code, § 875(c).

2. This affidavit is made in support of a criminal complaint for PAUL CHAPPELL for violations of Title 18, United States Code, § 875(c) - Interstate Communications/Threats. The statements contained in this affidavit are based on your affiant's training and experience, as well as information provided to your affiant by other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of your affiant's knowledge about this matter.

## PROBABLE CAUSE

3. On October 4, 2019, at approximately 12:24 p.m. EDT, the Washington DC office of U.S. Congresswoman R.T. received a threatening voicemail from a subject later identified as CHAPPELL. In this voicemail, CHAPPELL threatened to kill Congresswoman R.T. The phone number captured for the caller is (442) 256-0864

(hereinafter CHAPPELL'S cell phone).

4. In the voicemail, CHAPPELL stated the following: "Hey R. (redacted) uhm Sorry you haven't bought any t-shirts yet. But uh listen. You're a deranged anti American piece of garbage. You know. Shut up fuck up you ugly cunt. I am with the bandwagon though that says you, AOC, your little squad of shitheads that hate this country. Get the fuck out of here. We'll just blow your goddamn fuckin worthless Arab brains out of your stupid ugly skull. You and Allah been out in the barn fuckin pigs lately. You fucking piece of shit. Shoot you dead myself you fuckin cunt. You're worthless in this country. Worthless. I hate you. Most Americans hate the fuck out of you. Run your ass off bitch." CHAPPELL's tone during the voicemail was hostile, volatile and he screamed during the message.

5. An open source database search of the incoming number (CHAPPELL'S cell phone) revealed the carrier of the target number as Verizon Wireless. USCP obtained subscriber, location, and call log information for the device associated with CHAPPELL'S cell phone.

6. On October 17, 2019, GPS location information for the device linked CHAPPELL'S cell phone number to the vicinity of Quartzsite, AZ. Call logs revealed that CHAPPELL'S cell phone number called Congresswoman R.T.'s Washington DC office number on October 4, 2019, at approximately 9:22 a.m. MST for a duration of 47 seconds and again at approximately 9:23 a.m. MST for a duration of 84 seconds.

7. Call logs for CHAPPELL'S cell phone between October 4, 2019 and October 17, 2019 also revealed that CHAPPELL'S cell phone also called/texted B.L. in Quartzsite, AZ. On October 19, 2019, USCP SA Hardy contacted B.L. Ms. L. answered the call and identified herself. SA Hardy identified himself as law enforcement and advised the call was an attempt to identify a subject that had left a concerning voicemail at a Congressional

office. SA Hardy advised that call logs indicated the subject that left the concerning voicemail had been in recent communication with her. Ms. L. advised she knows who made the call and claimed it was "a significant other". Ms. L. refused to give SA Hardy identifying information for her significant other but advised she would speak to him and have him call the Agent back.

8. On that same day, SA Hardy received an incoming call from CHAPPELL'S cell phone. The caller identified himself as "Paul" but provided no additional identifying information. SA Hardy explained the call was in reference to a concerning voicemail received at a Congressional office. Paul advised he had left voicemails at Congressional offices but he meant no harm. SA Hardy requested an in person meeting with Paul to discuss the voicemails. Paul agreed and provided a location for the meeting "Barbie's Place" in Quartzsite, AZ.

9. On October 19, 2019, at approximately noon, USCP Agents interviewed CHAPPELL at "Barbie's Place". Upon arrival CHAPPELL was advised he was not under arrest or in-custody, and could choose to discontinue speaking with Agents at any time. CHAPPELL agreed to proceed. All Agents identified themselves by their government issued credentials. CHAPPELL identified himself as Paul CHAPPELL. CHAPPELL also stated that the cell phone with which he had spoken to SA Hardy on, CHAPPELL'S cell phone is his primary telephone.

10. SA Desrosiers played (in its entirety) CHAPPELL the threatening voicemail detailed above. CHAPPELL admitted to making this call from his phone, (CHAPPELL'S cell phone), while in Quartzsite, AZ. CHAPPELL stated that he recalled making these calls in the morning and stated he was not under the influence of any mind/judgement-altering substance when making the call. CHAPPELL stated that he had no history of contacting Congressional offices prior to these calls about the impeachment issue. CHAPPELL stated that he does follow politics closely, and generally watches/reads FOX

News on a daily basis.

11.   CHAPPELL stated that he made the calls in response to the impeachment inquiry that these Members of Congress are leading against POTUS. CHAPPELL went on to say these calls were made in response to the "terrible" things these Members say about POTUS, to include Congresswoman T's statement that they are "going to impeach the motherfucker". CHAPPELL stated that he was very upset at the disrespect these individuals have shown POTUS, and the "lies" that they have told about POTUS. CHAPPELL apologized to Agents for the language he used during the voicemail but made no apology for making the call or leaving the voicemail.

12.   SA Desrosiers played CHAPPELL the October 2, 2019 call. CHAPPELL admitted to making this call as well from his phone (CHAPPELL'S cell phone). In this call, CHAPPELL stated "Yes I was thinking about your campaign T-Shirts. I just want you to know what my T-shirt said. It said kill that fucking cunt R.T....Kill the cunt...kill the cunt. How do you think about that you fuckn' bitch. Eat shit you fuckn' whore." CHAPPELL admitted to making the call and leaving the voicemail. CHAPPELL stated that he recalled making the phone calls in this investigation in the morning, and was not under the influence of any mind/judgement-altering substance when making the calls. CHAPPELL stated that he may have made additional calls to additional Congressional offices. In this message, CHAPPELL's tone was irate.

13.   For these reasons, this affiant submits that there is probable cause to believe

/
/
/

that on October 4, 2019, Paul CHAPPELL, did knowingly and willfully transmit in interstate or foreign commerce a communication containing a threat to injure the person of another, in violation of Title 18, United States Code, § 875(c) Interstate Communications/Threats.

_____
Jeffry Hardy/Special Agent
United States Capitol Police

Sworn to and subscribed before me this 23 day of October, 2019.

_____
HONORABLE EILEEN S. WILLETT
United States Magistrate Judge