```
___  FILED      ___  LODGED
 X
___  RECEIVED   ___  COPY

     OCT 3 0 2019

 CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY  SMH            DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### EXHIBIT LIST - CRIMINAL

/_X_/ Detention Hearing      /___/ Non-Jury Trial      /___/ Jury Trial      Judge Code: _____

USA vs. ___Chappell, Paul___          CR19  -  01242  -  01
    Last Name   First Name   Middle Initial      Year      Case Nr      Deft Nr

/_X_/ GOVERNMENT                    /___/ DEFENDANT

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | |
| 1 | 10-30-19 | 10-30-19 | Pictures of Winchester pump action 12 gauge shotgun and ammunition |
| 2 | 10-30-19 | 10-30-19 | Chappell's Recovered Threat Lists |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Rev. 9/23/99