MICHAEL BAILEY
United States Attorney
District of Arizona

KRISTEN BROOK
Assistant United States Attorney
Arizona State Bar No. 023121
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Kristen.Brook@usdoj.gov
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-19-01242-PHX-GMS |
| Plaintiff, | |
| v. | **GOVERNMENT'S FIRST BILL OF PARTICULARS** |
| Paul Richard Chappell, | |
| Defendant. | |

The United States of America submits this notice in the form of a First Bill of Particulars and further identify/describe the following property named in the forfeiture allegation of the Indictment [Doc.9]:

(a) Winchester 12 gauge, pump action shotgun, SN: 313445, and soft long gun case;

(b) Miscellaneous ammunition.

Respectfully submitted this 6th day of November, 2019.

        MICHAEL BAILEY
        United States Attorney
        District of Arizona

        */s/ Kristen Brook*_____
        KRISTEN BROOK
        Assistant United States Attorney

# CERTIFICATE OF SERVICE

I certify that on November 6, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Kristin Marie Whitaker
kristin_whitaker@fd.org


By: *s/ Kristen Brook*
U.S. Attorney's Office

2