1  JON M. SANDS
   Federal Public Defender
2  District of Arizona
   850 W. Adams, Suite 201
3  Phoenix, Arizona  85007
   Telephone: 602-382-2700
4
   KRISTIN WHITAKER, State Bar #029781
5  Asst. Federal Public Defender
   Attorney for Defendant
6  kristin_whitaker@fd.org

7           IN THE UNITED STATES DISTRICT COURT
8                    DISTRICT OF ARIZONA

| United States of America, | CR-19-01242-PHX-GMS |
|---|---|
| Plaintiff, | **MOTION TO MODIFY RELEASE CONDITIONS** |
| vs. | |
| Paul Richard Chappell, | |
| Defendant | **Defendant Not In Custody** |

Mr. Chappell, through undersigned counsel, respectfully asks this Court to modify his release conditions to a "curfew . . . as directed by the supervising officer."  Mr. Chappell has adjusted well to his pretrial release conditions since going home on "home detention" on October 30, 2019.  He is in compliance with all conditions, including home detention.  He works full-time as a cook at a local restaurant.  He has tested negative for any substances.  He is working to resolve an unrelated misdemeanor allegation in California, and he remains in contact with his attorney and pretrial officer.  All other conditions of release will remain the same.

As of his detention hearing, the government planned to execute a search of his mobile devices.  To date no additional discovery has indicated that anything of concern was found.

1

Defense counsel has contacted Assistant United States Attorney Kristen Brook regarding the contents of this motion, and the government has no objection to this modification. United States Pretrial Officer Martha Leon has also been contacted and has no objection with this modification.

Respectfully submitted: December 13, 2019.

                JON M. SANDS
                Federal Public Defender

               *s/Kristin Whitaker*
                KRISTIN WHITAKER
                Asst. Federal Public Defender