JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

KRISTIN WHITAKER, State Bar #029781
Asst. Federal Public Defender
Attorney for Defendant
kristin_whitaker@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-19-01242-PHX-GMS |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE TRIAL and MOTION TO EXTEND PRETRIAL MOTION DEADLINE** |
| vs. | |
| Paul Richard Chappell, | **(Third Request)** |
| Defendant | **Defendant Not In Custody** |

Defendant, through undersigned counsel, respectfully requests that this Court extend the time for filing of pretrial motions for a period of at least sixty (60) days from the current date of February 28, 2020.  In addition, defendant requests that the Court continue the trial date for a period of at least sixty (60) days from the current date of April 7, 2020.  Additional time will be necessary for defense counsel to review the discovery, investigate the case, engage in plea negotiations, prepare for trial, and render the effective assistance of counsel to the defendant.

Defense counsel has contacted Assistant United States Attorney Kristen Brook of the contents of this motion, and the government has no objection to the requested continuances.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted: February 7, 2020.

JON M. SANDS
Federal Public Defender

*s/Kristin Whitaker*
KRISTIN WHITAKER
Asst. Federal Public Defender